# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER T. THOMAS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>SUPERINTENDENT ERIC TICE and )<br>THE ATTORNEY GENERAL OF )<br>THE STATE OF PENNSYLVANIA, )<br>)<br>Respondents. )<br>) | Civil Action No. 17 – 1659<br><br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

The Petitioner in this matter has submitted for filing a petition for writ of habeas corpus without a filing fee or the forms required to proceed *in forma pauperis* in a habeas case. This action may not proceed unless the Petitioner either,

(1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00, or,

(2) files a properly completed application to proceed *in forma pauperis*, along with an authorization form and a certified copy of his prison account statement for the six (6) months preceding the filing of the habeas petition. An application to proceed *in forma pauperis* and authorization form are enclosed.

Therefore,

**IT IS HEREBY ORDERED** this 25th day of January, 2018 that the Clerk of Court mark this case **CLOSED**.

1

**IT IS FURTHER ORDERED** that the Petitioner may submit a motion to proceed *in forma pauperis,* along with a certified copy of the inmate account statement for the six (6) months preceding the filing of the habeas petition. If that motion is granted, the case will be reopened.

**IT IS FURTHER ORDERED** that the Petitioner may reopen this case by paying the $5.00 filing fee.

**AND IT IS FURTHER ORDERED** that the Petitioner is allowed fourteen (14) days from this date to appeal this order to a District Judge pursuant to Rule 72.C.2 of the Local Rules. Failure to appeal within fourteen (14) days may constitute waiver of the right to appeal.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Christopher T. Thomas
    KS-6532
    SCI Smithfield
    PO Box 999
    1120 Pike Street
    Huntingdon, PA 16652